

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hatcher <br><br> Plaintiff, <br> V. <br><br> Dr. Freedland; Dr. Leon; SNR Serina <br><br> Defendant. | Civil Action No. 19cv825-MMA(KSC) <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motions to Proceed IFP and for Legal Funds as barred by 28 U.S.C. § 1915(g); dismisses this civil action sua sponte for failing to prepay the $400 civil and administrative filing fees required by 28 U.S.C. § 1914(a); and certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date: 5/31/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy